IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIRAWI ENTERPRISES LLC, d/b/a Smokers
World Discount Tobacco & More,

          Plaintiff,

    v.

SAAD MUSTAFA and SIM, INC., d/b/a Smokers
World Discount Tobacco & More,

          Defendants.

OPINION AND ORDER

14-cv-644-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this civil action, plaintiff Tirawi Enterprises, LLC filed a motion to strike defendants Saad Mustafa's and SIM, Inc.'s answer, dkt. #13, and defendants filed a motion for leave to file an amended answer, dkt. #17. After these filings, the court held a preliminary pretrial conference. The magistrate judge gave the parties until January 30, 2015 to file amended pleadings without leave from the court. On January 30, defendants filed an amended answer and counterclaim, dkt. #25, which moots the pending motions. National Pork Producers Council v. Jackson, 2009 WL 1255557, *1 (W.D. Wis. May 1, 2009) (filing of amended complaint moots motion to dismiss). Therefore, the motion to strike defendants' answer, dkt. #13, and the motion for leave to file an amended answer, dkt. #17, are DENIED as moot. If plaintiff wishes to reassert its arguments against defendants'

1

answer, it will have to renew its motion or file a new one.

Entered this 4th day of February, 2015.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge